AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

JUDIE KRAMER,

*Plaintiff(s)*

v.  Civil Action No.

ROYAL CARIBBEAN CRUISES LTD., and
PARK WEST GALLERIES, INC. d/b/a
PARK WEST GALLERY,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant, Royal Caribbean Cruises LTD. by serving its
Registered Agent, Bradley H. Stein
1050 Caribbean Way
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  L. Alex Perez, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
2 South Biscayne Blvd, Suite 1776
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*